UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUATAI PROPERTY AND CASUALTY INSURANCE COMPANY, LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., <br><br> Defendant(s). | CASE NO. C24-0690-KKE <br><br> ORDER GRANTING MOTION FOR A SCHEDULING ORDER |

The parties have briefed a motion for a scheduling order, with some of the relief requested jointly and some disputed. Dkt. No. 16. The Court held a scheduling conference to discuss the needs of this case on June 12, 2025 (Dkt. No. 26), and GRANTS Plaintiff's motion (Dkt. No. 16) for a scheduling order as follows:

(1) The parties' agreed request to consolidate this case with related case *Indemnity Insurance Company of North America v. Expeditors International of Washington, Inc.*, No. C23-0507-KKE (W.D. Wash.), is GRANTED. These two actions are CONSOLIDATED under Federal Rule of Civil Procedure 42(a) for all purposes, including trial, but the member cases shall retain their separate identities and complaints. All future filings shall bear the caption of the first-filed case, C23-0507-KKE, which shall remain open and be considered the master case. The Clerk is directed

ORDER GRANTING MOTION FOR A SCHEDULING ORDER - 1

to close this case (No. C24-0690-KKE) and VACATE its case schedule (Dkt. No. 8), although the filings already on the docket of the closed case will be considered as part of the master case record.

(2) The courtroom deputy shall VACATE the case schedule (Dkt. No. 34) in the master case, C23-0507-KKE, and set the consolidated actions for trial together on February 23, 2026. The courtroom deputy shall enter a new case schedule beginning with a deadline for discovery motions in that case.

(3) The parties shall comply with that amended case schedule in filing any necessary motions.

Dated this 13th day of June, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION FOR A SCHEDULING ORDER - 2